# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1322.  GERALD PITTS v. THE STATE.**

In 1994, Gerald Pitts pled guilty to rape and was sentenced to 20 years' incarceration.  Following his release from custody, Pitts filed a petition for release from sex offender registration requirements pursuant to OCGA § 42-1-19.  The trial court denied his petition, and Pitts has appealed directly.[1]  Under OCGA § 5-6-35 (a) (5.2), however, an application for discretionary appeal is required in "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19."  Pitts's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/22/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Thirty-four days after entry of the trial court's order, Pitts filed a motion in this Court for an extension of time to file an application for discretionary appeal, but we denied the motion.  See Case No. A15E0008, decided October 15, 2014.